PREET BHARARA
United States Attorney for the
Southern District of New York
By: JAMES NICHOLAS BOEVING
Assistant United States Attorney
100 Church Street, 19th Floor
New York, New York 10007
Telephone: (212) 637-2748
Facsimile: (212) 637-2686



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
IN RE:                         :
                               :
REQUEST FOR INTERNATIONAL      :    EX PARTE ORDER
JUDICIAL ASSISTANCE FROM THE   :
NATIONAL FIRST INSTANCE COURT  :    M 10-7
IN LABOR MATTERS NO. 12, OF    :
BUENOS AIRES, ARGENTINA        :
------------------------------x

WHEREAS, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, on behalf of the Judge of National First Instance Court in Labor Matters No. 12, of Buenos Aires, Argentina, is seeking to obtain answers to questions from Christopher W. Jones, 520 White Plains Road, Suite 500, Tarrytown, New York, for use in connection with a judicial proceeding in the First;

NOW THEREFORE, it is hereby

ORDERED, pursuant to Title 28, United States Code section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that JAMES NICHOLAS BOEVING, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain answers to questions from Christopher W. Jones, 520 White

Plains Road, Suite 500, Tarrytown, New York; to submit those answers to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Christopher W. Jones, 520 White Plains Road, Suite 500, Tarrytown, New York, with a copy of this Order and the accompanying documents on or before June 20, 2012.

Dated:   New York, New York
         June 7, 2012

_____
UNITED STATES DISTRICT JUDGE
Hon. _____